ELLIN DAVTYAN (238608)
General Counsel
ROBERT G. RETANA (148677)
Deputy General Counsel
JENNIFER KO (324623)
Assistant General Counsel
jennifer.ko@calbar.ca.gov
OFFICE OF GENERAL COUNSEL
THE STATE BAR OF CALIFORNIA
845 South Figueroa Street
Los Angeles, CA 90017
Telephone: (213) 765-1000 / Facsimile: (415) 538-2321

Attorneys for Defendant
COMMITTEE OF BAR EXAMINERS

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| CHELSIE MORAN SANTILLAN<br><br>    Plaintiff,<br><br>v.<br><br>CALIFORNIA BAR EXAMINERS and DOES 1 through 100,<br><br>    Defendants. | Case No.   2:24-cv-00571-DJC-JDP<br><br>**[PROPOSED]** **ORDER GRANTING EXTENSION OF TIME TO FILE RESPONSIVE PLEADING** |

1  Defendant the State Bar of California's Committee of Bar Examiners filed a request for a
2  35-day extension of time to file a responsive pleading to the Sixth Amended Complaint through
3  and including June 13, 2024. The Court has read and considered the request and counsel's
4  accompanying declaration, and, pursuant to Local Rule 144(c) and Federal Rule of Civil
5  Procedure, rule 6, finds that good cause exists to grant the request.
6  **IT IS HEREBY ORDERED** that Defendant's request for an extension of time is
7  **GRANTED**. The new deadline for the filing of a responsive pleading is June 13, 2024.

IT IS SO ORDERED.

Dated:   April 30, 2024

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE