UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHELSIE M. SANTILLAN,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA BAR EXAMINERS, *et al.*,<br><br>Defendants. | Case No.  2:24-cv-0571-DJC-JDP (PS)<br><br>ORDER |

On June 16, 2024, the court granted defendant Committee of Bar Examiners' motion to dismiss plaintiff's seventh amended complaint. ECF No. 46. Plaintiff's claims under 42 U.S.C. § 1983 and state law claims were dismissed without leave to amend, her claims for violation of Title II of the ADA were dismissed with leave to amend, and plaintiff was granted thirty days to file an amended complaint. *Id.* Before plaintiff filed an amended complaint, defendant Committee of Bar Examiners filed an interlocutory appeal challenging the court's holding that plaintiff's ADA claim was not barred by the Eleventh Amendment. ECF No. 50.

In light of the interlocutory appeal, it is hereby ORDERED that:

1. This action is stayed pending resolution of defendant's interlocutory appeal.

2. The Clerk of Court is directed to administratively terminate all pending motions. ECF Nos. 43, 44, 45, & 47.

3. Upon resolution of defendant Committee of Bar Examiners' appeal, plaintiff may

renew her motions filed at ECF Nos. 43, 44, 45, & 47.

IT IS SO ORDERED.

Dated:   February 27, 2025

                                  JEREMY D. PETERSON
                                  UNITED STATES MAGISTRATE JUDGE