UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHELSIE M. SANTILLAN, | Case No.  2:24-cv-0571-DJC-JDP (PS) |
| Plaintiff, | |
| v. | ORDER |
| CALIFORNIA BAR EXAMINERS, *et al.*, | |
| Defendants. | |

On November 18, 2025, I ordered the parties to file a proposed briefing schedule within fourteen days.  ECF No. 61.  Defendants filed a proposed briefing schedule on December 2, 2025.  ECF No. 63.  Therein, defendants state that they were in contact with plaintiff via email and that plaintiff provided her position in an email.[1]  *Id.* at 2.  Considering both parties' positions, the court sets the following briefing schedule: plaintiff shall file either an amended complaint based solely on her Title II claim or file a notice that she intends to proceed with the Title II claim in her operate complaint.  Plaintiff is warned that failure to comply with this order will result in a recommendation that this action be dismissed.

---

[1] Plaintiff, however, has not filed any response on the docket.

1

Accordingly, it is hereby ORDERED that within fourteen days plaintiff shall file either an amended complaint based solely on her Title II claim or file a notice that she intends to proceed on the Title II claim in her operate complaint.  Failure to comply with this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

Dated:    April 10, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2